# United States District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward  
  Clerk of Court

314-244-7900

November 16, 2009

Terry L. Lawson, Jr.
7000 N.W. Prairie View Road
Suite 160
Kansas City, MO 64151

RE:       Henry et al v. C.R. England, Inc. et al
Case #    4:09cv1871 AGF

Dear Mr. Lawson:

Please refer to Local Rule 12 of the Local Rules for the Eastern District of Missouri concerning nonresident attorneys and the procedure to follow to practice in this Court. All pertinent information can be obtained from our website at www.moed.uscourts.gov, including the Verified Motion for Admission Pro Hac Vice form and the E-Filing registration form.

Please note Local Rule 12.01(E) requires the payment of a prescribed fee. The fee is currently set at $100.00 payable upon filing of the motion. Please include your check made payable to *Clerk, U.S. District Court* with your Verified Motion to expedite processing.

If you would like to apply for permanent admission in lieu of filing the motion for admission pro hac vice, that form can also be found on our website.

If you have any questions, please do not hesitate to contact our office.

Sincerely,
JAMES G. WOODWARD, CLERK


By:    /s/ David L. Braun
        David L. Braun
        Deputy Clerk